# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JILL MCGEE, et al., | Case No. 1:18-cv-00768-LJO-SAB |
| Plaintiffs, | ORDER EXTENDING TIME FOR INITIAL DISCLOSURES PURSUANT TO PARTIES' STIPULATION |
| v. | |
| POVERELLO HOUSE, et al., | (ECF No. 8) |
| Defendants. | |

On September 20, 2018, the parties submitted a stipulation to extend the time for initial disclosures pursuant to Rule 26.

Pursuant to the parties' stipulation, it is HEREBY ORDERED that the deadline for initial disclosures is extended to September 27, 2018.

IT IS SO ORDERED.

Dated: **September 20, 2018**

UNITED STATES MAGISTRATE JUDGE

1