# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JILL MCGEE, et al.,** | Case No. 1:18-CV-00768-LJO-SAB |
| **Plaintiffs,** | **ORDER AFTER *IN CAMERA* INSPECTION OF RECORDS** |
| v. | |
| **POVERELLO HOUSE; NAOMI'S HOUSE and DOES 1 through 100, inclusive,** | |
| **Defendants.** | |

On December 3, 2018, Counsel for Defendant Poverello House, Cynthia G. Lawrence of Sims, Lawrence and Arruti, brought for the Ordered *In Camera* inspection the records from the Poverello House of resident "D.N." that had been subpoenaed by the Plaintiff. The Court conducted the inspection on the same day.

The file documents included an activity log from September 27, 2017 through April 5, 2017, Intake documents (medical and RX by nature), Legal documents (name change, consent for treatment, and Dept of Health Insurance matters), and job duty documents. It also included complaints made by D.N. against four of the plaintiffs (L, J.M., C, and A).

The Court makes a finding of relevance and discoverability, and therefore Orders disclosure of the following documents:

- Activity Log entries for the dates of September 27 and 28, 2017; October 10, 2017; April 2, 3, and 5, 2018;
- Forms documenting complaints made by D.N. against plaintiffs L, JM, C and A, five in number, dated January 1, 2018; March 30 and 31, 2018; April 1 and 23, 2018.

These documents shall be produced to Plaintiffs within ten days of the date of this Order.

IT IS SO ORDERED.

Dated: __**December 4, 2018**__   /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE