# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JILL MCGEE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> POVERELLO HOUSE, et al., <br><br> Defendants. | Case No. 1:18-cv-000768-LJO-SAB <br><br> ORDER DISREGARDING PROPOSED PROTECTIVE ORDER AND VACATING IN PART NOVEMBER 5, 2018 ORDER <br><br> (ECF No. 15) |

On November 2, 2018, the Court conducted an informal discovery dispute after which Defendants were ordered to produce their file regarding D.N. and the parties were ordered to file a stipulated protective order to address privacy concerns associated with the production. (ECF Nos. 12, 13.) On November 15, 2018, Defendants filed a motion for reconsideration by the district judge and Plaintiffs filed a proposed protective order. (ECF Nos. 14, 15.) On December 4, 2018, after conducting an *in camera* review of the documents, District Judge Lawrence J. O'Neill ordered certain documents to be produced. (ECF No. 18.)

Based on Judge O'Neil's order, the proposed protective order is HEREBY DISREGARDED and the requirement in the November 5, 2018 order that the parties submit a stipulated protective order is VACATED since the parties did not submit a stipulated protective order.

IT IS SO ORDERED.

Dated: **December 20, 2018**

UNITED STATES MAGISTRATE JUDGE

1