UNITED STATES STRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JILL MCGEE, et al.,<br><br>    Plaintiff,<br><br>vs.<br><br>POVERELLO HOUSE; et al.,<br><br>    Defendants. | Case No. 1:18-cv-00768-LJO-SAB<br><br>ORDER RE STIPULATION TO CONTINUE EXPERT DISCOVERY DATES<br><br>(ECF No. 20) |

Pursuant to the stipulation of the parties, the Court finds good cause to extend the expert discovery cut-off and related deadlines.

Accordingly, IT IS HEREBY ORDERED that the August 15, 2018 scheduling order is amended as follows:

1. Deadline for initial expert disclosure: June 13, 2019;
2. Deadline for supplemental expert disclosure: September 12, 2019;
3. Deadline for the completion of expert discovery: February 11, 2020; and
4. All other aspects of the August 15, 2018 scheduling order remain in effect.

IT IS SO ORDERED.

Dated: **March 7, 2019**

UNITED STATES MAGISTRATE JUDGE

-1-