# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JILL MCGEE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>POVERELLO HOUSE, et al.,<br><br>    Defendants. | Case No. 1:18-cv-000768-LJO-SAB<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE PLAINTIFFS BERTHA PEREZ AND MELODY BARBERRY AS PARTIES IN THIS ACTION PURSUANT TO FED. R. CIV. P. 41(a)<br><br>(ECF No. 23) |

On May 6, 2019, the parties filed a stipulation to dismiss all claims without prejudice that Plaintiffs Bertha Perez and Melody Barberry have against Defendants in this action. (ECF No. 23.) In light of the stipulation of the parties, Plaintiffs Bertha Perez and Melody Barberry shall be terminated in this action, Fed. R. Civ. P. 41(a)(1)(A)(ii); Commercial Space Mgmt. Co. v. Boeing Co., 193 F.3d 1074, 1076 (9th Cir. 1999), with each party to bear its own costs, expenses, and attorney fees as they relate to the subject matter of the stipulation.

IT IS SO ORDERED.

Dated: **May 8, 2019**

                                       UNITED STATES MAGISTRATE JUDGE

1