UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JILL MCGEE; et al., | Case No. 1:18-cv-00768-LJO-SAB |
| Plaintiffs, | |
| v. | ORDER RE STIPULATION TO CONTINUE NON-EXPERT DISCOVERY CUTOFF |
| POVERELLO HOUSE; et al., | (ECF No. 27) |
| Defendants. | |

On June 4, 2019, the parties filed a stipulation to extend non-expert discovery in this action to October 1, 2019. Finding good cause exists to extend the deadline, IT IS HEREBY ORDERED that the deadline for non-expert discovery is continued to **October 1, 2019.** All non-expert discovery, including the resolution of any motions to compel, shall be completed on or before October 1, 2019. All other aspects of the August 15, 2018 scheduling order and the March 8, 2019 amended scheduling order remain in effect.

IT IS SO ORDERED.

Dated:   **June 4, 2019**

UNITED STATES MAGISTRATE JUDGE

1