UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JILL MCGEE; et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>POVERELLO HOUSE; et al.,<br><br>    Defendants. | Case No. 1:18-cv-00768-LJO-SAB<br><br>ORDER DIRECTING CLERK OF THE COURT TO TERMINATE PLAINTIFFS NOADIAH RIAZ, CHRISTINE D'AMBROSI, AND LACEY HOXSIE <u>ONLY</u> AS PARTIES IN THIS ACTION PURSUANT TO FED. R. CIV. P. 41(a)<br><br>(ECF No. 42) |

On October 2, 2019, a stipulation was filed dismissing all claims brought by Plaintiffs Noadiah Riaz, Christine D'Ambrosi, and Lacey Hoxsie from this action without prejudice. In light of the stipulation of the parties, Plaintiffs Noadiah Riaz, Christine D'Ambrosi, and Lacey Hoxsie shall be terminated in this action, Fed. R. Civ. P. 41(a)(1)(A)(ii); <u>Commercial Space Mgmt. Co. v. Boeing Co.</u>, 193 F.3d 1074, 1076 (9th Cir. 1999).

IT IS SO ORDERED.

Dated: __October 3, 2019__

UNITED STATES MAGISTRATE JUDGE