CYNTHIA G. LAWRENCE (SBN 148927)
TAHMINA YASSINE (SBN 285542)
SIMS, LAWRENCE & ARRUTI
2261 Lava Ridge Court
Roseville, CA 95661
Telephone: (916) 797-8881
Facsimile: (916) 253-1544
Email: cynthia@sims-law.net
       tahmina@sims-law.net

WILLIAM E. McCOMAS    261640
PASCUZZI, PASCUZZI & STOKER
A Professional Corporation
2377 West Shaw Avenue, Suite 101
Fresno, California 93711
Telephone: (559) 227-1100
Facsimile: (559) 227-1290
E-mail: *wmccomas@pascuzzi.net*

Attorney for Defendants
POVERELLO HOUSE; NAOMI'S HOUSE

UNITED STATES STRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JILL MCGEE, et al.,<br><br>    Plaintiff,<br><br>vs.<br><br>POVERELLO HOUSE; et al.,<br><br>    Defendants. | Case No. 1:18-CV-00768-NONE-SAB<br><br>**ORDER ON DEFENDANTS POVERELLO HOUSE AND NAOMI'S HOUSE'S REQUEST TO REDACT AND SEAL DOCUMENTS FILED IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION AS TO PLAINTIFF LYDIA CARRANZA**<br><br>Complaint Filed: April 25, 2018<br>Trial Date: August 18, 2020 |

After full consideration of the papers filed in support of Defendants POVERELLO HOUSE and NAOMI HOUSE'S (collectively "Defendants") Request to Redact and Seal Documents Filed in Support of Motion for Summary Judgment, or in the alternative, Summary Adjudication as to Plaintiff Jill McGee ("Request to Redact and Seal"), the Court finds as follows:

Good cause appearing therefor:

///

-1-

IT IS HEREBY ORDERED that Defendant's Request to Redact and Seal is granted. Defendants shall submit redacted versions of the following records to the public docket:

(1) Defendants' Memorandum of Points and Authorities in support of the Motion for Summary Judgment, or in the alternative, Summary Adjudication, redacting Plaintiff Carranza's medical and mental health history and treatment;

(2) The following exhibits from Defendants' Exhibit Index in support of the Motion for Summary Judgment, or in the alternative, Summary Adjudication:

 (a) "Resident House Complaint," Exhibit J;

 (b) "Residential Incident Report," Exhibit M;

 (c) Plaintiff Lydia Carranza's Medical and Mental Health Treatment Records, which were produced by Plaintiff in her response to Defendants' Requests For Production of Documents (Set One), Exhibit U;

 (d) Portions of the deposition testimony of Plaintiff Lydia Carranza, Exhibit V;

 (e) Portions of the deposition testimony of Sara Mirhadi, Exhibit W;

 (f) Portions of the deposition testimony of Eva Banuelos, Exhibit X;

 (g) Plaintiff Lydia Carranza's Medical and Mental Health Treatment Records, which were produced by subpoena, Exhibit Z.

(3) Defendants' Separate Statement of Undisputed Material Fact ("SSUMF") in support of their Motion for Summary Judgment, or in the alternative, Summary Adjudication, specifically Undisputed Material Facts, Numbers 30 and 31, redacting facts that refer to Plaintiff's medical and mental health history and treatment.

Having found a "compelling reason" for sealing the requested documents, Defendants shall submit unredacted versions of the following documents under seal to the Court:

(1) Defendants' Memorandum of Points and Authorities in support of the Motion for Summary Judgment, or in the alternative, Summary Adjudication;

(2) The following exhibits from Defendants' Exhibit Index in support of the Motion for Summary Judgment, or in the alternative, Summary Adjudication:

 (a) "Resident House Complaint," Exhibit J;

   (b) &ldquo;Residential Incident Report,&rdquo; Exhibit M;

   (c) Plaintiff Lydia Carranza's Medical and Mental Health Treatment Records, which were produced by Plaintiff in her response to Defendants' Requests For Production of Documents (Set One), Exhibit U;

   (d) Portions of the deposition testimony of Plaintiff Lydia Carranza, Exhibit V;

   (e) Portions of the deposition testimony of Sara Mirhadi;

   (f) Portions of the deposition testimony of Eva Banuelos, Exhibit X;

   (g) Plaintiff Lydia Carranza's Medical and Mental Health Treatment Records, which were produced by subpoena, Exhibit Z.

  (3) Defendants' Separate Statement of Undisputed Material Fact ("SSUMF") in support of their Motion for Summary Judgment, or in the alternative, Summary Adjudication.

IT IS SO ORDERED.

 Dated: **April 15, 2020**  
                  /s/ Dale A. Drozd  
                UNITED STATES DISTRICT JUDGE