CYNTHIA G. LAWRENCE (SBN 148927)
TAHMINA YASSINE (SBN 285542)
SIMS, LAWRENCE & ARRUTI
2261 Lava Ridge Court
Roseville, CA 95661
Telephone: (916) 797-8881
Facsimile: (916) 253-1544
Email: cynthia@sims-law.net
       tahmina@sims-law.net

WILLIAM E. McCOMAS    261640
PASCUZZI, PASCUZZI & STOKER
A Professional Corporation
2377 West Shaw Avenue, Suite 101
Fresno, California 93711
Telephone: (559) 227-1100
Facsimile: (559) 227-1290
E-mail: wmccomas@pascuzzi.net

Attorney for Defendants
POVERELLO HOUSE; NAOMI'S HOUSE

UNITED STATES STRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JILL MCGEE, et al., <br><br> Plaintiff, <br><br> vs. <br><br> POVERELLO HOUSE; et al., <br><br> Defendants. | Case No. 1:18-CV-00768-NONE-SAB <br><br> **[PROPOSED] ORDER ON DEFENDANTS POVERELLO HOUSE AND NAOMI'S HOUSE'S REQUEST TO REDACT AND SEAL DOCUMENTS FILED IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION AS TO PLAINTIFF TRACY STROUD** <br><br> Complaint Filed: April 25, 2018 <br> Trial Date: August 18, 2020 |

After full consideration of the papers filed in support of Defendants POVERELLO HOUSE and NAOMI HOUSE'S (collectively "Defendants") Request to Redact and Seal Documents Filed in Support of Motion for Summary Judgment, or in the alternative, Summary Adjudication as to Plaintiff Tracy Stroud ("Request to Redact and Seal"), the Court finds as follows:

///

-1-

ORDER ON REQUEST TO REDACT AND SEAL DOCUMENTS OF PLAINTIFF TRACY STROUD

Good cause appearing therefor:

IT IS HEREBY ORDERED that Defendant's Request to Redact and Seal is granted. Defendants shall submit redacted versions of the following records to the public docket:

(1) The following exhibits from Defendants' Exhibit Index in support of the Motion for Summary Judgment, or in the alternative, Summary Adjudication:

 (a) Plaintiff's "Activity Log" Exhibit I;

 (b) "Residential Incident Report," Exhibit J;

 (c) "Residential Incident Report," Exhibit K;

 (d) Portions of the deposition testimony of Plaintiff Tracy Stroud, Exhibit U;

 (e) Portions of the deposition testimony of Sara Mirhadi, Exhibit V; and

 (f) Portions of the deposition testimony of Eva Banuelos, Exhibit W.

Having found a "compelling reason" for sealing the requested documents, Defendants shall submit unredacted versions of the following documents under seal to the Court:

(1) The following exhibits from Defendants' Exhibit Index in support of the Motion for Summary Judgment, or in the alternative, Summary Adjudication:

 (a) Plaintiff's "Activity Log" Exhibit I;

 (b) "Residential Incident Report," Exhibit J;

 (c) "Residential Incident Report," Exhibit K;

 (d) Portions of the deposition testimony of Plaintiff Tracy Stroud, Exhibit U;

 (e) Portions of the deposition testimony of Sara Mirhadi, Exhibit V; and

 (f) Portions of the deposition testimony of Eva Banuelos, Exhibit W.

IT IS SO ORDERED.

Dated: __**April 15, 2020**__     _____
                  UNITED STATES DISTRICT JUDGE