Peter N. Kapetan, Esq. SBN: 138068
**KAPETAN BROTHERS, LLP**
1236 "M" Street
Fresno, CA 93721
Telephone: (559) 498-8000

Attorney for: Plaintiffs, JILL MCGEE; LYDIA CARRANZA; TRACY STROUD; and SHARON WADE

UNITED STATES STRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JILL MCGEE, et al.,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>POVERELLO HOUSE; et al.,<br><br>　　　　　　Defendants. | No. 1:18-CV-00768-NONE-SAB<br><br>ORDER ON PLAINTIFFS' JILL MCGEE, LYDIA CARRANZA, TRACY STROUD, AND SHARON WADE REQUEST TO REDACT AND SEAL DOCUMENTS FILED IN OPPOSITION OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION<br><br>(Doc. No. 67) |

After full consideration of the papers filed in support of Plaintiffs JILL MCGEE; LYDIA CARRANZA; TRACY STROUD; and SHARON WADE (collectively "Plaintiffs") Request to Redact and Seal Documents Filed Opposition of Defendants' Motion for Summary Judgment, or in the alternative, Summary Adjudication against Plaintiffs ("Request to Redact and Seal"), the Court finds as follows:

Good cause appearing therefor:

IT IS HEREBY ORDERED that Plaintiffs' Request to Redact and Seal is granted. Plaintiffs shall submit redacted versions of the following records to the public docket:

(1) Plaintiff Lydia Carranza's Opposition to Defendants Poverello House And Naomi's House's Motion for Summary Judgment, or In The Alternative, Summary Adjudication as to Plaintiff Lydia Carranza;

-1-

(2) Plaintiff Lydia Carranza's Responses to Defendants' Separate Statement of Undisputed Material Facts in Opposition to Defendants' Motion for Summary Judgment, or in the alternative, Motion for Summary Adjudication as to Plaintiff Carranza;

(3) Plaintiff Lydia Carranza's Separate Statement of Undisputed Material Facts in Support of Opposition to Defendants' Motion for Summary Judgment, or in the alternative, Motion for Summary Adjudication as to Plaintiff Carranza's;

(4) Plaintiff Jill McGee's Opposition to Defendants Poverello House And Naomi's House's Motion For Summary Judgment, or in The Alternative, Summary Adjudication as to Plaintiff Jill McGee;

(5) Plaintiff Jill McGee's Responses to Defendants' Separate Statement of Undisputed Material Facts in Opposition to Defendants' Motion for Summary Judgment, or in the alternative, Motion for Summary Adjudication as to Plaintiff McGee, which discloses non-party last names.

(6) Plaintiff Jill McGee's Separate Statement of Undisputed Material Facts in Support of Opposition to Defendants' Motion for Summary Judgment, or in the alternative, Motion for Summary Adjudication as to Plaintiff McGee;

(7) Plaintiff Sharon Wade's Opposition to Defendants Poverello House And Naomi's House's Motion For Summary Judgment, or In The Alternative, Summary Adjudication as to Plaintiff Sharon Wade;

(8) Plaintiff Sharon Wade's Responses to Defendants' Separate Statement of Undisputed Material Facts in Opposition to Defendants' Motion for Summary Judgment, or in the alternative, Motion for Summary Adjudication as to Plaintiff Wade;

(9) Plaintiff Sharon Wade's Separate Statement of Undisputed Material Facts in Support of Opposition to Defendants' Motion for Summary Judgment, or in the alternative, Motion for Summary Adjudication as to Plaintiff Wade;

(10) Plaintiff Tracy Stroud's Opposition to Defendants Poverello House And Naomi's House's Motion For Summary Judgment, or In The Alternative, Summary Adjudication as to Plaintiff Lydia Carranza;

(11) Plaintiff Tracy Stroud's Responses to Defendants' Separate Statement of Undisputed Material Facts in Opposition to Defendants' Motion for Summary Judgment, or in the alternative, Motion for Summary Adjudication as to Plaintiff Stroud;

(12) Plaintiff Tracy Stroud's Separate Statement of Undisputed Material Facts in Support of Opposition to Defendants' Motion for Summary Judgment, or in the alternative, Motion for Summary Adjudication as to Plaintiff Stroud;

(13 The following exhibits from Declaration of Peter N. Kapetan In Support for Plaintiffs JILL MCGEE; LYDIA CARRANZA; TRACY STROUD; and SHARON WADE in Opposition to Defendants' Motion For Summary Judgment, Or In The Alternative, Motion For Summary Adjudication, with the appropriate Exhibits:

 (a) Portions of the deposition testimony of Sara Mirhadi, Declaration of Peter N. Kapetan ["Kapetan Dec."] Exhibit 1;

 (b) Portions of the deposition testimony of Witness Michelle N., Kapetan Dec. Exhibit 2;

 (c) Portions of the deposition testimony of Susan Truschel, Kapetan Dec. Exhibit 3;

 (d) Portions of the deposition testimony of Eva Banuelos, Kapetan Dec. Exhibit 4;

 (e) Portions of the deposition testimony of Plaintiff Tracy Stroud, Kapetan Dec. Exhibit 5;

 (f) Portions of the deposition testimony of Plaintiff Jill McGee, Kapetan Dec. Exhibit 6;

 (g) Portions of the deposition testimony of Plaintiff Sharon Wade, Kapetan Dec. Exhibit 7;

 (h) Portions of the deposition testimony of Rosemarie Duarte, Kapetan Dec. Exhibit 8;

 (i) Kapetan Dec. Exhibits 9-26;

Having found a "compelling reason" for sealing the requested documents, Defendants shall submit unredacted versions of the following documents under seal to the Court:

(1) Plaintiff Lydia Carranza's Opposition to Defendants Poverello House And Naomi's House's Motion for Summary Judgment, or In The Alternative, Summary Adjudication as to Plaintiff Lydia Carranza;

-3-

(2) Plaintiff Lydia Carranza's Responses to Defendants' Separate Statement of Undisputed Material Facts in Opposition to Defendants' Motion for Summary Judgment, or in the alternative, Motion for Summary Adjudication as to Plaintiff Carranza;

(3) Plaintiff Lydia Carranza's Separate Statement of Undisputed Material Facts in Support of Opposition to Defendants' Motion for Summary Judgment, or in the alternative, Motion for Summary Adjudication as to Plaintiff Carranza's;

(4) Plaintiff Jill McGee's Opposition to Defendants Poverello House And Naomi's House's Motion For Summary Judgment, or in The Alternative, Summary Adjudication as to Plaintiff Jill McGee;

(5) Plaintiff Jill McGee's Responses to Defendants' Separate Statement of Undisputed Material Facts in Opposition to Defendants' Motion for Summary Judgment, or in the alternative, Motion for Summary Adjudication as to Plaintiff McGee, which discloses non-party last names.

(6) Plaintiff Jill McGee's Separate Statement of Undisputed Material Facts in Support of Opposition to Defendants' Motion for Summary Judgment, or in the alternative, Motion for Summary Adjudication as to Plaintiff McGee;

(7) Plaintiff Sharon Wade's Opposition to Defendants Poverello House And Naomi's House's Motion For Summary Judgment, or In The Alternative, Summary Adjudication as to Plaintiff Sharon Wade;

(8) Plaintiff Sharon Wade's Responses to Defendants' Separate Statement of Undisputed Material Facts in Opposition to Defendants' Motion for Summary Judgment, or in the alternative, Motion for Summary Adjudication as to Plaintiff Wade;

(9) Plaintiff Sharon Wade's Separate Statement of Undisputed Material Facts in Support of Opposition to Defendants' Motion for Summary Judgment, or in the alternative, Motion for Summary Adjudication as to Plaintiff Wade;

(14) Plaintiff Tracy Stroud's Opposition to Defendants Poverello House And Naomi's House's Motion For Summary Judgment, or In The Alternative, Summary Adjudication as to Plaintiff Lydia Carranza;

ORDER ON PLAINTIFFS' JILL MCGEE, LYDIA CARRANZA, TRACY STROUD, AND SHARON WADE REQUEST TO REDACT AND SEAL DOCUMENTS FILED IN OPPOSITION OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION

(15) Plaintiff Tracy Stroud's Responses to Defendants' Separate Statement of Undisputed Material Facts in Opposition to Defendants' Motion for Summary Judgment, or in the alternative, Motion for Summary Adjudication as to Plaintiff Stroud;

(16) Plaintiff Tracy Stroud's Separate Statement of Undisputed Material Facts in Support of Opposition to Defendants' Motion for Summary Judgment, or in the alternative, Motion for Summary Adjudication as to Plaintiff Stroud;

(17 The following exhibits from Declaration of Peter N. Kapetan In Support for Plaintiffs JILL MCGEE; LYDIA CARRANZA; TRACY STROUD; and SHARON WADE in Opposition to Defendants' Motion For Summary Judgment, Or In The Alternative, Motion For Summary Adjudication, with the appropriate Exhibits:

(a) Portions of the deposition testimony of Sara Mirhadi, Declaration of Peter N. Kapetan ["Kapetan Dec."] Exhibit 1;

(b) Portions of the deposition testimony of Witness Michelle N., Kapetan Dec. Exhibit 2;

(c) Portions of the deposition testimony of Susan Truschel, Kapetan Dec. Exhibit 3;

(d) Portions of the deposition testimony of Eva Banuelos, Kapetan Dec. Exhibit 4;

(e) Portions of the deposition testimony of Plaintiff Tracy Stroud, Kapetan Dec. Exhibit 5;

(f) Portions of the deposition testimony of Plaintiff Jill McGee, Kapetan Dec. Exhibit 6;

(g) Portions of the deposition testimony of Plaintiff Sharon Wade, Kapetan Dec. Exhibit 7;

(h) Portions of the deposition testimony of Rosemarie Duarte, Kapetan Dec. Exhibit 8;

(i) Kapetan Dec. Exhibits 9-26;

IT IS SO ORDERED.

Dated: **April 23, 2020**

_____
UNITED STATES DISTRICT JUDGE

ORDER ON PLAINTIFFS' JILL MCGEE, LYDIA CARRANZA, TRACY STROUD, AND SHARON WADE REQUEST TO REDACT AND SEAL DOCUMENTS FILED IN OPPOSITION OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION